IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MAX ROOKSTOOL,<br><br>    Defendant. | **4:20CR3117**<br><br>**ORDER** |

IT IS ORDERED:

1) Defendant's motion for temporary release, (Filing No. 12), is granted.

2) Defendant shall be released to Kyle White, or a member of Johnson, Mock Law Firm, to obtain a treatment evaluation at **7:00 a.m.** on November 24, 2020, and shall return to Marshal custody no later than **6:00 p.m.** on November 24, 2020.

3) Defendant will be picked up from the jail by Kyle White, or a member of Johnson, Mock Law Firm, who is providing the transportation for Defendant's temporary release from custody.

4) The clerk shall provide a copy of this order to the Marshal.

November 16, 2020.

              BY THE COURT:

              *s/ Cheryl R. Zwart*
              United States Magistrate Judge